EDWARD W. SWANSON, ESQ. (159859)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Attorneys for MIKE ALI

ANN C. MOORMAN, ESQ. (130144)
LAW OFFICES OF ANN C. MOORMAN
308 South School Street
Ukiah, California 95482
Telephone: (707) 462-1844
Facsimile: (707) 468-0522
Attorneys for YASMIN ALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHRAF ALI, et al.,<br><br>Defendant. | Nos.: CR-04-0292 PJH and<br>CR-04-0293 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER PERMITTING TRAVEL |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff, through its counsel Assistant United States Attorney Timothy Luccy, and defendant Yasmin Ali, through her counsel Ann C. Moorman, and defendant Ashraf Ali, through his counsel Edward Swanson, that Ashraf Ali and Yasmin Ali shall be permitted to travel to India and Pakistan leaving December 17, 2007. Ashraf Ali shall return on or before January 5, 2008 and Yasmin Ali shall return on or before January 12, 2008. Pretrial Services Officer Paul Marmaril who supervises both defendants has no objection to this request. The defendants shall provide a complete itinerary of their intended travel to Pretrial Services prior to leaving. The Clerk of the Court is ordered to return immediately the passports of Yasmin Ali and Ashraf Ali to the

Stipulation and Order Permitting Travel                    1

defendants or their counsel forthwith to allow for the timely processing of visas.

1

2 DATED: 11/21/07

3           TIMOTHY LUCEY
          Assistant United States Attorney

4

5 DATED: 11/15/07

6           EDWARD SWANSON
          Counsel for ASHRAF ALI

7

8 DATED: 11/15/07

9           ANN C. MOORMAN
          Counsel for YASMIN ALI

10

### ORDER

11

12      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Ahsraf Ali and Yamin Ali

shall be permitted to travel to Pakistan and India leaving December 17, 2007. Ashraf Ali shall return

13 on or before January 5, 2008 and Yasmin Ali shall return on or before January 12, 2008. The Alis shall

14 supply Pretrial Services with a complete itinerary prior to departure. The Clerk of the Court is ordered

15 to return immediately to the Alis or their counsel their passports to allow for timely visa processing.

16 The defendants are ordered to return their respective passports to the Clerk of the Court within three

17 days of returning home.

18

19 DATED: 11/21/07

20           MAGISTRATE JUDGE EDWARD M. CHEN
          UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

Stipulation and Order Permitting Travel         2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, the undersigned, certify: |
| 3 | That I am a citizen of the United States, over the age of eighteen years, and not a party to the |
| 4 | within cause; I am employed in the City and County of San Francisco, State of California; my business |
| 5 | address is 300 Montgomery Street, Suite 1100, San Francisco, CA 94104. |
| 6 | On this date I caused to be served on the interested parties hereto, a copy of: |
| 7 | |
| 8 | **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** |
| 9 | |
| 10 | (X)  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below; |
| 11 | ( )  By personally delivering a true copy thereof to the person and/or office of the person at the address set forth below. |
| 12 | |
| 13 | ( )  By delivering a true copy thereof to "Federal Express" to be delivered to the person at the address set forth below. |
| 14 | ( )  By serving a true copy by facsimile to the person and/or office of the person at the address set forth below; |
| 15 | |
| 16 | Paul Marmaril<br>United States Pretrial Officer<br>United States Pretrial Services Agency |
| 17 | 1301 Clay Street, Suite 100C<br>Oakland, CA 94612 |
| 18 | |
| 19 | I certify under penalty of perjury under the laws of the United States that the foregoing is true, |
| 20 | and that this Certificate has been executed on November 20, 2007, at San Francisco, California. |
| 21 | |
| 22 | |
| 23 | _____<br>Anne Griffith |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |